IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| IN RE: LOYNIQUE WRIGHT | Case No. 3:22MJ 127 (SDV) |
|---|---|
| | February 4, 2022 |

**AFFIDAVIT IN SUPPORT OF**
**APPLICATIONS FOR A CRIMINAL COMPLAINT**

I, Calvin Devries, Special Agent of the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging LOYNIQUE WRIGHT ("WRIGHT") with violation of 18 United States Code § 111 (assaulting, resisting, or impeding certain officers or employees) ("the Target Offense").

2. I have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI") since June 2021 and I am currently assigned to the Bridgeport Residence Agency ("RA") in the FBI New Haven Field Office, located at 1000 Lafayette Boulevard, Bridgeport, Connecticut. As part of my duties, I am authorized to investigate violations of the laws of the United States, including but not limited to violations of Title 18, United States Code § 111 (and attempt to commit the same). I am authorized by law to request search warrants and criminal complaints.

3. On February 4, 2022, I was working at the Bridgeport RA Office located at 1000 Lafayette Boulevard in Bridgeport, Connecticut. On that date, I was working in my capacity as an FBI Special Agent.

1

4.      While working at the Bridgeport RA, I was informed by Special Agent Dan Veale that an FBI Task Force Officer ("TFO") was being assaulted in the vicinity of 815 Lafayette Boulevard, Bridgeport, Connecticut.

5.      I departed the Bridgeport RA Office, along with Special Agents Keith Hall and Dan Veale, and travelled the short distance from 1000 Lafayette Boulevard to 815 Lafayette Boulevard by foot. Outside on the sidewalk in the vicinity of 815 Lafayette Boulevard, I observed FBI TFO Courtney Bothwell holding WRIGHT's left arm. WRIGHT was using a cellular telephone with her right hand. I assisted TFO Bothwell in handcuffing WRIGHT. At approximately 1:45 p.m., Special Agent Keith Hall informed WRIGHT that she was under arrest.

6.      Special Agent Keith Hall informed me that, after the arrest of WRIGHT, he had a conversation with TFO Bothwell which was the basis of information contained in this paragraph. I am informed by Special Agent Keith Hall that on February 4, 2022, TFO Bothwell was engaged in an enforcement operation as part of her official duties. Based upon information provided to me by Special Agent Keith Hall, TFO Bothwell was interacting with WRIGHT in the vicinity of 1000 Lafayette Boulevard and WRIGHT forcibly interfered with TFO Bothwell, including a successful attempt to forcibly take from TFO Bothwell a cellular telephone. Based upon information provided to me by Special Agent Keith Hall, the cellular telephone had been seized as part of an FBI law enforcement action, which TFO Bothwell had participated in earlier in the day. Based upon information provided to me by Special Agent Keith Hall, as WRIGHT was interfering with TFO Bothwell, TFO Bothwell was struck in some manner in the face.

7.      Special Agent Hall informed me that he observed redness to the right cheek area of the face of TFO Bothwell.

8. I believe TFO Bothwell, as an FBI TFO, to be an employee of the United States and of an agency of the United States, and a person designated under Title 18, United States Code § 1114.

9. Based on the facts set forth in this affidavit, I believe there is probable cause to issue a criminal complaint charging LOYNIQUE WRIGHT with violation of 18 United States Code § 111 (assaulting, resisting, or impeding certain officers or employees).

## CONCLUSION

10. Based on the foregoing, I submit that there is probable cause to issue a criminal complaint charging WRIGHT with the Target Offense.

Respectfully submitted,

Calvin Devries
Special Agent
Federal Bureau of Investigation

The truth of the foregoing affidavit, which was transmitted to me by reliable electronic means, has been attested to me by Special Agent Calvin Devries over the telephone on this 4th day of February, 2022, at Bridgeport, Connecticut

S. Dave Vatti
Digitally signed by S. Dave Vatti
Date: 2022.02.04 16:54:02 -05'00'

HONORABLE S. DAVE VATTI
UNITED STATES MAGISTRATE JUDGE